## DOWLING v. ADAMS et al.

### No. 15,913; August 21, 1895.

#### 41 Pac. 413.

**Certificate of Surveyor—Authority of Clerk to Sign.**—Where a city supervisor is required to sign a certificate as to a public improvement, it cannot be signed by his clerk, who had no specific directions from him to sign it.[1]

APPEAL from Superior Court, City and County of San Francisco; J. M. Troutt, Judge.

Action by one Dowling against one Adams and others. Judgment was rendered for plaintiff, and defendants appeal. Reversed.

Horace W. Philbrook for appellants; J. C. Bates for respondent.

PER CURIAM.—Action upon a street assessment. The testimony on behalf of the defendants showed that the certificate of the city and county surveyor, which was recorded in the office of the superintendent of streets, was not made by that officer, but that his name was signed thereto by a clerk in his employ, without any specific directions therefor. The testimony upon this point is almost identical with that given in Rauer v. Lowe, 107 Cal. 229, 40 Pac. 337. Upon the authority of that case, the judgment is reversed.